Lawrence J. Warfield
Bankruptcy Trustee
P.O. Box 14647
Scottsdale, AZ 85267
(480) 948-1711

UST-32, 3-03

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | CHAPTER 7 |
| | ) | |
| MOSSELL, MICHELLE MARY | ) | CASE NO. 05-24277-PHX-GBN |
| | ) | |
| | ) | APPLICATION FOR ORDER FOR |
| Debtor(s) | ) | PAYMENT OF UNCLAIMED FUNDS |
| | ) | U.S. BANKRUPTCY COURT |

Lawrence J. Warfield, Trustee, reports that the following dividend checks has been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance. Trustee hereby requests an Order of this court allowing for payment of unclaimed funds in the amount of $14.43 to the Clerk of the Court pursuant to Bankruptcy Court Rule 3010 and §347 of the Code.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 1011 | 04/09/10 | Trendwest<br>Wyndham Consumer Finance Inc.<br>10750 W. Charleston Blvd. Ste. 130<br>Las Vegas, NV 89135 | $14.43 |

*July 13, 2010*  /s/ *Lawrence J. Warfield*
DATE    Lawrence J. Warfield, Trustee